NETTIE FREEDMAN, Respondent, *v.* CLINTON COURT CORPORATION, INC., Appellant.

Argued November 29, 1938; decided January 3, 1939.

*Abram Harpending* and *C. N. Whitman* for appellant.

*Nicholas J. Weldgen* for respondent.

Judgments reversed and complaint dismissed, with costs in all courts. We find no evidence of negligence. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.